■ GUISEPPI MAZZOCCHI et al., Plaintiffs, and ANGELO B. ZANUSSI et al., Appellants, v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY et al., Respondents. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY et al., Defendants and Third-Party Plaintiffs, v. BRENNAN AND SLOAN, INC., et al., Third-Party Defendants. GIGANTI W. COSTA et al., Appellants, v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Respondents. LEON LEVY et al., Third-Party Plaintiffs, v. BRENNAN AND SLOAN, INC., et al., Third-Party Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ WILLIAM A. SCHULZ & CO., INC., et al., Respondents, v. LEFRAK ORGANIZATION, INC., et al., Appellants, et al., Defendants. (Action No. 1.) ALBERT M. GREENFIELD & Co., et al., Respondents, v. LEFRAK ORGANIZATION, INC., Appellant. (Action No. 2.) — Order, entered on October 27, 1960, denying defendants-appellants' motion for an order (1) consolidating the two above-entitled actions, (2) vacating or modifying the notice of deposition in Action No. 2 dated September 15, 1960 and served by the attorneys for the plaintiff and (3) granting priority of deposition to the defendants in both actions and in such consolidated action, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ FLORENCE SERIO, as Administratrix of the Estate of GEORGE N. SERIO, Deceased, Appellant, v. FLORIN REALTY CORP., Defendant-Respondent and Third-Party Plaintiff-Appellant. SAMUEL YATES et al., Doing Business under the Name of SAMUEL YATES & Co., Third-Party Defendants-Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs to defendant-respondent against plaintiff-appellant, and with costs to the third-party defendants-respondents against the third-party plaintiff-appellant. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.